Timothy L. McInerney (SBN: 124807)
TLM@mcinerney-dillon.com
LeCarie S. Whitfield, SBN 192186
LSW@mcinerney-dillon.com
McINERNEY & DILLON, P.C.
1999 Harrison Street, Suite 1700
Oakland, CA  94612-3501
Tel:  510.465.7100    Fax:  510.465.8556

Attorneys for Defendants
**Safeco Insurance Company of America**
**West Bay Builders, Inc.**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## (SACRAMENTO DIVISION)

| | |
|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF HAMMER & STEEL, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY, WEST BAY BUILDERS, INC., AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | CASE NO.: 2:11-CV-02476-KJM-GGH<br><br>**THIRD STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT TO 12/31/2011;**<br>**ORDER**<br><br>Complaint Served:        10/05/11<br>Current Response Date:  11/30/11<br>New Response Date:       12/31/11<br><br>Complaint Filed:         09/16/11 |

Plaintiff, by real-party-in-interest Hammer & Steel, Inc. ("Plaintiff") and defendants Safeco Insurance Company of America and West Bay Builders, Inc. (collectively "Defendants"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on September 16, 2011, Plaintiff filed the instant action in this Court;

WHEREAS, on October 5, 2011, Plaintiff served Safeco with the Complaint;

WHEREAS, on October 7, 2011, Plaintiff served West Bay with the Complaint;

WHEREAS, the parties have stipulated to Defendant's deadline to respond to the Complaint twice, during which time the parties resolved many of their differences regarding payment on the claims alleged by Plaintiff's complaint and the parties are endeavoring to resolve

the remaining issues in this litigation and may resolve these issues of payment, so that this action may be dismissed without the need for a responsive pleading to be filed;

WHEREAS, within the next month, Plaintiff anticipates preparing a final invoice for equipment rental and Defendants anticipate making a final payment to Plaintiff that will resolve this case in its entirety;

NOW, THEREFORE, the parties stipulate and agree as follows:

The time for Defendants to respond to Plaintiff's Complaint shall be extended to on or before December 31, 2011.

DATED:  December 1, 2011                    MCINERNEY & DILLON, P.C.


By:   /s/ *LeCarie Whitfield.*
    LeCarie Whitfield
    Attorneys for Defendants
    SAFECO INSURANCE COMPANY OF
    AMERICA, WEST BAY BUILDERS, INC.


DATED:  December 1, 2011                    SALEK LAW FIRM


By:    /s/ *Keith Salek.*
    Keith Salek
    Attorneys for Plaintiff
    UNITED STATES OF AMERICA FOR THE
    USE AND BENEFIT OF HAMMER & STEEL,
    INC.

PROPOSED ORDER ON NEXT PAGE

2
STIPULATION & ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

ORDER

HAVING CONSIDERED THE STIPULATION OF THE PARTIES AND FINDING GOOD CAUSE THEREFOR, THE COURT ORDERS AS FOLLOWS:

DEFENDANTS SHALL HAVE UNTIL DECEMBER 31, 2011 TO RESPOND TO PLAINTIFF'S COMPLAINT IN THIS ACTION.

SO ORDERED.

**Date: 12/13/2011**

_____
UNITED STATES DISTRICT JUDGE