IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
HAMMER & STEEL, INC.,

      Plaintiff,

  v.                                        NO. CIV. S-11-2476 GGH

WEST BAY BUILDERS, INC. et al.,

      Defendants.                 ORDER

_____/

      This case is before the undersigned pursuant to 28 U.S.C. § 636(c) (consent to proceed before a magistrate judge). The parties have requested referral to the court's Voluntary Dispute Resolution Program.

      Accordingly, IT IS ORDERED that:

      1. This case is referred to the Voluntary Dispute Resolution Program.

      2. The parties are directed to review the requirements of the Program outlined in E.D. Cal. L.R. 271 and shall contact the court's VDRP coordinator, Suejean Park, within seven (7) days of the date of service of this order to initiate the process of selecting a neutral. The VDRP coordinator may be contacted by telephone at (916) 930-4278 or by e-mail at

SPark@caed.uscourts.gov.

       3.  The parties shall inform the court within ninety (90) days of the date of service of this order whether the program successfully resolved the case.

       4.  The Clerk of Court shall serve a copy of this order on the VDRP coordinator.

DATED: February 3, 2012

                                      /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE

GGH/wvr
WestBay.2476.vdrp.wpd