1  Timothy L. McInerney, SBN 124807
    TLM@mcinerney-dillon.com
2  Howard G. Curtis, SBN 79015
    HGC@mcinerney-dillon.com
3  McINERNEY & DILLON, P.C.
    1999 Harrison, Street, Suite 1700
4  Oakland, CA 94612
    Telephone: (510) 465-7100
5  Fax: (510) 465-8556

6  Attorneys for Defendants
    West Bay Builders, Inc. and
7  Safeco Insurance Company of America

8

    Keith Salek, SBN 218379
9    ksalek@saleklaw.com
    SALEK LAW FIRM
10  27 Peters Canyon Road, 2nd Floor
    Irvine, CA 92606
11  Telephone: (714) 258-7800
    Fax:  (714) 258-7888
12
    Attorneys for Plaintiff
13  Hammer & Steel, Inc.

14

15                          UNITED STATES DISTRICT COURT

16                         EASTERN DISTRICT OF CALIFORNIA

17                                SACRAMENTO DIVISION

18
     THE UNITED STATES OF AMERICA FOR    )   No. 2:11-CV-2476- GGH
19   THE USE AND BENEFIT OF HAMMER &     )
     STEEL, INC.,                        )
20                                       )   **STIPULATION AND ORDER OF**
                    Plaintiff,           )   **DISMISSAL WITH PREJUDICE**
21                                       )
         vs.                             )
22                                       )
     WEST BAY BUILDERS, INC., et al.,    )
23                                       )
                    Defendants.          )
24                                       )

25

26     IT IS HEREBY STIPULATED by and between the parties to this action, Hammer &

27  Steel, Inc., West Bay Builders, Inc. and Safeco Insurance Company of America, through their

28  respective attorneys of record, that the above-captioned action be and hereby is dismissed with

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**                    Case No. 2:11-CV-2476-GGH

1 prejudice as to all parties and all claims for relief, pursuant to Rule 41(a)(1) of the Federal Rules
2 of Civil Procedure.

DATED:   June _ _, 2012                    SALEK LAW FIRM


                                            By: _____
                                                  Keith Salek

                                            Attorneys for Plaintiff
                                            Hammer & Steel, Inc.


DATED:   June___, 2012                     McINERNEY & DILLON, P.C.


                                            By: _____
                                                  Howard G. Curtis

                                            Attorneys for Defendants
                                            West Bay Builders, Inc. and
                                            Safeco Insurance Company of America


**ORDER**

   IT IS SO ORDERED.

DATED:  _June 29, 2012                        /s/ Gregory G. Hollows
                                            _____
                                            UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**                    Case No. 2:11-CV-2476-GGH