1 | Timothy L. McInerney, SBN 124807
   |   TLM@mcinerney-dillon.com
2 | Howard G. Curtis, SBN 79015
   |   HGC@mcinerney-dillon.com
3 | McINERNEY & DILLON, P.C.
   | 1999 Harrison, Street, Suite 1700
4 | Oakland, CA 94612
   | Telephone: (510) 465-7100
5 | Fax: (510) 465-8556

6 | Attorneys for Defendants
   | West Bay Builders, Inc. and
7 | Safeco Insurance Company of America

8 |

9 | Keith Salek, SBN 218379
   |   ksalek@saleklaw.com
   | SALEK LAW FIRM
10 | 27 Peters Canyon Road, 2nd Floor
   | Irvine, CA 92606
11 | Telephone: (714) 258-7800
   | Fax:  (714) 258-7888
12 |
   | Attorneys for Plaintiff
13 | Hammer & Steel, Inc.

14 |

15 |                    UNITED STATES DISTRICT COURT

16 |                    EASTERN DISTRICT OF CALIFORNIA

17 |                         SACRAMENTO DIVISION

18 |
   | THE UNITED STATES OF AMERICA FOR  )  No. 2:11-CV-2476- GGH
19 | THE USE AND BENEFIT OF HAMMER &   )
   | STEEL, INC.,                      )
20 |                                   )  **STIPULATION AND ORDER OF**
   |                  Plaintiff,       )  **DISMISSAL WITH PREJUDICE**
21 |                                   )
   |      vs.                          )
22 |                                   )
   | WEST BAY BUILDERS, INC., et al.,  )
23 |                                   )
   |                  Defendants.      )
24 |                                   )

25 |

26 |     IT IS HEREBY STIPULATED by and between the parties to this action, Hammer &

27 | Steel, Inc., West Bay Builders, Inc. and Safeco Insurance Company of America, through their

28 | respective attorneys of record, that the above-captioned action be and hereby is dismissed with

1

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**                    Case No. 2:11-CV-2476-GGH

prejudice as to all parties and all claims for relief, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

DATED:   June _ _, 2012                              SALEK LAW FIRM


                                                     By: _____
                                                            Keith Salek

                                                     Attorneys for Plaintiff
                                                     Hammer & Steel, Inc.


DATED:   June___, 2012                               McINERNEY & DILLON, P.C.


                                                     By: _____
                                                            Howard G. Curtis

                                                     Attorneys for Defendants
                                                     West Bay Builders, Inc. and
                                                     Safeco Insurance Company of America


## ORDER

IT IS SO ORDERED.

DATED:  _June 29, 2012                                  /s/ Gregory G. Hollows
                                                     _____
                                                     UNITED STATES MAGISTRATE JUDGE

2

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**                           **Case No. 2:11-CV-2476-GGH**